JULY 16, 1943

**No. 48569.—** -Protest 95868–K of August F. Stauff & Co., Inc. Plaintiff's application for rehearing granted.

JULY 17, 1943

**No. 48570.—** -Protests 976600–G, etc., of North American Mercantile Co. et al.   C. D. 769.   Plaintiff's application for rehearing denied.

JULY 14, 1943

**No. 48571.—SUIT 4427.** *United States* v. *Otis McAllister & Co.* C. D. 699 reversed May 18, 1943. C. A. D. 242.

BEFORE THE FIRST DIVISION, JULY 21, 1943

**No. 48572.—**Protest 99091–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the atomizers in question are in chief value of decorated glass, similar to those involved in Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.